IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LAYTON LESTER,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS; CAPTAIN MOBLEY; OFFICER C. WILLIAMS; and OFFICER HILL,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-110

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9) to which no Objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against the Georgia Department of Corrections, Captain Mobley, and Officer Hill. Additionally, the Court **DISMISSES** Plaintiff's official capacity claims, supervisory liability claims, and his claims for excessive use of force. However, Plaintiff's claims that Defendant C. Williams disregarded Plaintiff's serious medical

---

[1] Plaintiff has filed a declaration since the Report and Recommendation. (Doc. 12.) However, this pleading does not address the Report and Recommendation. Further, the declaration only offers additional facts in support of Plaintiff's claims that Defendant Williams was deliberately indifferent to Plaintiff's medical needs. The Magistrate Judge recommended those claims should proceed.

needs and disregarded a substantial risk to Plaintiff's health and safety shall proceed against Defendant Williams in his individual capacity.

**SO ORDERED**, this 5th day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA