AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Layton Lester,

                                JUDGMENT IN A CIVIL CASE

v.                           CASE NUMBER: CV615-110

Officer C. Williams

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/19/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint with prejudice.

| | |
|---|---|
| 9/19/17 | Scott L. Poff |
| Date | Clerk |
| | *Walker Prescott* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03